### A. B. PARKER v. STATE.
### No. 15301.

Court of Criminal Appeals of Texas.
April 27, 1932.

Truett, Abernathy & Wolford, of McKinney, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for selling intoxicating liquor; punishment, one year in the penitentiary.

We find in the record an affidavit in proper shape asking that appellant be permitted to withdraw his appeal. The request is granted. The appeal is dismissed.